**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO, <br><br>Plaintiff, <br><br>v. <br><br>ASSET RECOVERY COLUTIONS, LLC, NATIONAL ENTERPRISE SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>Defendants. | Case No. 2:18-cv-01521-JAD-NJK <br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Michelle P. Obispo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 15, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 7, 2018. The claims at issue involve an account owned by multiple parties, necessitating additional time for fact-finding. Further, Trans Union is still in the process of acquiring and reviewing all relevant documents so that it can meaningfully respond to the specific allegations contained in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 28, 2018. This is the

4814-8640-6001.1                                                                                                                         1

first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint and is being made in good faith and not for purposes of undue delay.

Dated this 30th day of August, 2018

                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
***Counsel for Trans Union LLC***

**COGBURN LAW OFFICES**

*/s/Erik W. Fox*

Erik W. Fox, Nevada Bar No. 8804
Jamie S. Cogburn, Nevada Bar No. 8409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
Email: efox@cogburnlaw.com
Email: jsc@cogburnlaw.com

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including September 28, 2018 is so ORDERED AND ADJUDGED.

Dated August 31, 2018

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE