| | |
|---|---|
| 1 | **HOLLEY, DRIGGS, WALCH, FINE,** |
| 2 | **WRAY, PUZEY & THOMPSON** |
| | JAMES W. PUZEY, ESQ. |
| 3 | MICHAEL R. AYERS, ESQ. |
| | JOHN SAVAGE, ESQ. |
| 4 | 800 S. Meadows Parkway, Suite 800 |
| | Reno, Nevada 89521 |
| 5 | Telephone: 775/851-8700 |
| | Facsimile: 775/851-7681 |

*Attorneys for Plaintiff OMAR U. ROSALES*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE P. OBISPO, | Case No. 2:18-cv-01521-JAD-NJK |
| Plaintiff, | JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR ASSET RECOVERY SOLUTIONS, LLC TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| ASSET RECOVERY SOLUTIONS, LLC, NATIONAL ENTERPRISE SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SERVICES, INC. | |
| | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff MICHELLE P. OBISPO ("Plaintiff") and Defendant ASSET RECOVERY SOLTUIONS, LLC ("Asset Recovery"), by and through their respective counsel, file this Joint Stipulation Extending Deadline for Defendant Asset Recovery Solutions, LLC to File an Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 1.).

On August 15, 2018, Plaintiff filed her Complaint. The claims at issue involve an account owned by multiple parties, necessitating additional time for fact-finding. Further, Asset Recovery is still in the process of acquiring and reviewing all relevant documents so that it can meaningfully respond to the specific allegations contained in Plaintiff's Complaint. Moreover, undersigned counsel was just retained by Asset Recovery to defend it in this action, and therefore requires additional time to investigate the allegations and claims asserted against Asset Recovery.

Plaintiff has agreed to extend the deadline in which Asset Recovery has to answer or otherwise respond to Plaintiff's Complaint up to and including October 23, 2018. This is the first stipulation for extension of time for Asset Recovery to respond to Plaintiff's Complaint and is being made in good faith and not for purposes of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

Dated this 3rd day of October 2018.

        **HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

        /s/ Michael R. Ayers
        JAMES W. PUZEY, ESQ.
        MICHAEL R. AYERS, ESQ.
        JOHN SAVAGE, ESQ.
        800 S. Meadows Parkway, Suite 800
        Reno, Nevada 89521
        *Attorneys for Defendant*
        *Asset Recovery Solutions, LLC*

Dated this 3rd day of October 2018.

        **COGBURN LAW OFFICES**

        /s/ Erik Anthony W. Fox
        ERIK-ANTHONY W. FOX, ESQ.
        JAMIE S. COGBURN, ESQ.
        2580 St. Rose Parkway, Suite 330
        Henderson, NV 89074
        *Attorneys for Plaintiff*

**ORDER**

The Joint Stipulation for Extending Deadline for Asset Recovery Solutions, LLC to file an answer or otherwise respond up to and including October 23, 2018 is so ORDERED AND ADJUDGED.

Dated this __4__ day of October, 2018.

        _____
        HONORABLE NANCY J. KOPPE
        UNITED STATES MAGISTRATE JUDGE