HOLLEY, DRIGGS, WALCH, FINE,
WRAY, PUZEY & THOMPSON
JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:   775/851-8700
Facsimile:   775/851-7681

*Attorneys for Defendant*
*ASSET RECOVERY SOLUTIONS, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO,<br><br>Plaintiff,<br><br>v.<br><br>ASSET RECOVERY SOLUTIONS, LLC, NATIONAL ENTERPRISE SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and EXPERIAN INFORMATION SERVICES, INC.<br><br>Defendants. | Case No. 2:18-cv-01521-JAD-NJK<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT ASSET RECOVERY SOLUTIONS, LLC WITHOUT PREJUDICE**<br><br>ECF No. 24 |

Plaintiff MICHELLE P. OBISPO ("Plaintiff") and Defendant ASSET RECOVERY SOLUTIONS, LLC ("Asset Recovery"), by and through their respective counsel, file this Joint Stipulation to Dismiss Asset Recovery from the above captioned action without prejudice. Parties agree that each party is to bear their own attorneys' fees and costs as to Plaintiff and Asset Recovery only.

///

///

///

///

///

///

1

**IT IS SO STIPULATED.**

Dated this 29th day of November, 2018.

**COGBURN LAW OFFICES**

By: /s/ Erik W. Fox
Name: Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 884
2580 St. Rose Parkway # 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

Dated this 29th day of November, 2018.

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

By: /s/ Michael R. Ayers
Name: James W. Puzey, Esq.
Nevada Bar No. 8215
Michael R. Ayers, Esq.
Nevada Bar No. 13468
John Savage, Esq.
Nevada Bar No.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
*Attorneys for Asset Recovery Solutions, LLC*

Dated this 29th day of November, 2018.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

By: /s/ Shannon G. Splaine
Name: Shannon G. Splaine, Esq.
Nevada Bar No. 8241
3960 Howard Hughes Pkwy, Ste 200
Las Vegas, Nevada 89169
*Attorney for National Enterprise Systems, Inc.*

Dated this 29th day of November, 2018.

**SNELL & WILMER, LLP**

By: /s/ Bradley T. Austin
Name: Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Parkway, #1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax Information Services, LLC*

Dated this 29th day of November, 2018.

**NAYLOR & BRASTER**

By: /s/ Jennifer L. Braster
Name: Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that plaintiff's claims against Asset Recovery Solutions, LLC are DISMISSED without prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 30, 2018