**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO, an individual,<br><br>              Plaintiff,<br>vs.<br><br>ASSET RECOVERY SOLUTIONS, LLC, an Illinois Limited Liability Company, NATIONAL ENTERPRISE SYSTEMS, INC., a Foreign Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>              Defendants. | Case Number<br>2:18-cv-01521-JAD-NJK<br><br><br>ECF No. 26 |

## STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Plaintiff Michelle P. Obispo, by and through her attorneys of record, Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law Offices, and Defendant Experian Information Solutions, Inc., by and through its attorneys of record, hereby stipulate that all claims for relief in the above-captioned action, as they pertain to Experian Information Solutions, Inc. only, be dismissed with prejudice. This Stipulation for Dismissal shall not affect Plaintiff's claims against any party other than Experian Information Solutions, Inc. Plaintiff and Experian Information

Solutions, Inc. shall bear its own attorneys' fees and costs, with respect to the claims dismissed hereby.

Dated this 4th day of January, 2019.   Dated this 4th day of January, 2019.

**COGBURN LAW OFFICES**                **NAYLOR & BRASTER**


By: /s/ Erik W. Fox                    By: /s/ Andrew J. Sharples
    Jamie S. Cogburn, Esq.                 Jennifer L. Braster, Esq.
    Nevada Bar No. 8409                    Nevada Bar No. 9982
    Erik W. Fox, Esq.                      Andrew J. Sharples, Esq.
    Nevada Bar No. 8804                    Nevada Bar No. 12866
    2580 St. Rose Parkway, Suite 330       1050 Indigo Drive, Suite 200
    Henderson, Nevada 89074                Las Vegas, Nevada 89145
    *Attorneys for Plaintiff*              *Attorneys for Defendant,*
                                           *Experian Information Solutions, Inc.*

### ORDER

Based on the stipulation between plaintiff and defendant Experian Information Solutions, Inc. **[ECF No. 26]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2019

Respectfully submitted by:

Dated this 4th day of January, 2019.

COGBURN LAW OFFICES


By: /s/ Erik W. Fox
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*