# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO, | Case No.: 2:18-cv-01521-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 32) |
| ASSET RECOVERY SOLUTIONS, LLC, *et al*., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant National Enterprise Systems, Inc.'s notice of settlement. Docket No. 32. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 22, 2019.

IT IS SO ORDERED.

Dated: May 23, 2019

NANCY J. KOPPE
United States Magistrate Judge

1