1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO, an individual,<br><br>                Plaintiff,<br>   vs.<br><br>ASSET RECOVERY SOLUTIONS, LLC, an Illinois Limited Liability Company, NATIONAL ENTERPRISE SYSTEMS, INC., a Foreign Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br>                Defendants. | Case Number<br>2:18-cv-01521-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC. WITH PREJUDICE**<br><br>ECF No. 35 |

IT IS HEREBY STIPULATED by and between Plaintiff, Michelle P. Obispo ("Plaintiff") and Defendant, National Enterprise Systems, Inc. ("National"), by and through their respective

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against National in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 22nd day of July, 2019.

**COGBURN LAW**

By: */s/Erik W. Fox*
Name: Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

Dated this 22nd day of July, 2019.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

By: */s/Shannon G. Splaine*
Name: Shannon G. Splaine, Esq.
Nevada Bar No. 8241
3960 Howard Hughes Pkwy, Ste 200
Las Vegas, Nevada 89169
*Attorney for Defendant, National Enterprise Systems, Inc.*

**ORDER**

Based on the stipulation between plaintiff and National Enterprise Systems, Inc. **[ECF No. 35]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST NATIONAL ENTERPRISE SYSTEMS, INC. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 23, 2019