COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE P. OBISPO, an individual,<br><br>                Plaintiff,<br>  vs.<br><br>ASSET RECOVERY SOLUTIONS, LLC, an Illinois Limited Liability Company, NATIONAL ENTERPRISE SYSTEMS, INC., a Foreign Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br>                Defendants. | Case Number<br>2:18-cv-01521-JAD-NJK<br><br>**<u>STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE</u>**<br><br>ECF No. 37 |

IT IS HEREBY STIPULATED by and between Plaintiff, Michelle P. Obispo ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their respective

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Equifax in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 6th day of August, 2019.      Dated this 6th day of August, 2019.

**COGBURN LAW**      **CLARK HILL PLLC**

By:    */s/Erik W. Fox*            By:    */s/Jeremy J. Thompson*
Name: Jamie S. Cogburn, Esq.      Name: Jeremy J. Thompson, Esq.
        Nevada Bar No. 8409             Nevada Bar No. 12503
        Erik W. Fox, Esq.                  3800 Howard Hughes Parkway,
        Nevada Bar No. 8804            Suite 500
        2580 St. Rose Parkway, Suite 330    Las Vegas, Nevada 89169
        Henderson, Nevada 89074       *Attorneys for Defendant, Equifax*
        *Attorneys for Plaintiff*            *Information Services, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, and because Equifax Information Services, LLC is the last remaining defendant in this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2019